THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* CHARLES MILES, Defendant-Appellant.

(No. 56807;

First District (5th Division)—July 13, 1973.

PER CURIAM.
DRUCKER, J., took no part.

James J. Doherty, Public Defender, of Chicago, (Lee T. Hettinger, Assistant Public Defender, of counsel,) for appellant

454

Bernard Carey, State's Attorney, of Chicago, (Elmer C. Kissane, Thomas Passarelli, and James Staruck, Assistant State's Attorneys, of counsel,) for the People.